**AT&T**

# AT&T Contract Tariff Order Form

| Customer Name (Full Legal Name):<br>iBasis, Inc | | ("Customer") | **AT&T Corp.** | | ("AT&T") | |
| --- | --- | --- | --- | --- | --- | --- |
| Customer Address:<br>20 Second Ave | | | AT&T Address: | | | |
| | | | | | | AT&T Contact Name: |
| City Burlington<br>01803 | State MA | Zip Code | City | State | Zip Code | AT&T Contact Telephone Number: |

Customer hereby places an order for:

☒ New AT&T Contract Tariff (attachment required)    ☐ Existing AT&T Contract Tariff No. _____ (attachment required)

> **Existing Pricing Plan Replacement/Discontinuance:**
> ☐ Check here and identify below any AT&T CT or other AT&T pricing plan being discontinued in conjunction with this order. Also specify the CT No., Plan ID No. or Main Billed Account No. (Note: Charges may apply as specified in the plan being discontinued.)

1. Services will be provided under the Contract Tariff ("CT") ordered hereunder, subject to the rates, terms and conditions in the CT as well as the AT&T tariffs (if any) referenced in the CT ("Applicable Tariffs"), as those Applicable Tariffs may be modified from time to time. In the event that a court or administrative agency of competent jurisdiction determines that any of the services provided pursuant to the CT are not tariffable, such services shall be treated as if detariffed, in accordance with the provisions of the CT.

2. This Form (including its addenda, if any), the CT and the Applicable Tariffs constitute the entire agreement (collectively the "Agreement") between Customer and AT&T with respect to the services provided under the CT and supersede any and all proposals, representations, statements, or understandings, whether written or oral, concerning such services. In the event of any inconsistency between terms, the order of priority shall be the CT, then the Applicable Tariffs and finally this Form.

3. Except to the exten. that federal law applies, the construction, interpretation and performance of this Agreement shall be governed by the substantive law of the State of New York, excluding its choice of law rules.

YOUR SIGNATURE ACKNOWLEDGES THAT YOU HAVE READ, UNDERSTAND AND AGREE TO THE PROVISIONS OF THIS AGREEMENT AND THAT
YOU ARE DULY AUTHORIZED TO SIGN THIS AGREEMENT.

**Customer**
Full Legal Name: iBasis, Inc.

By: _(signature)_
(Authorized Customer Signature)

JOSEPH L ESSER
(Typed or Printed Name and Title)

Date: 1 May '00

**AT&T Corp.**

By: _(signature)_
(Authorized AT&T Signature)

_(signature)_
(Typed or Printed Name and Title)

Date: 5/4/00

> **CPNI Customer Notice and Consent**
>
> You can help us offer you products and services tailored to your needs with a one-stop shopping experience. If you consent below, we could share your CPNI with groups within AT&T, its affiliates, and third parties to bring to your attention products and services that might interest you. CPNI (Customer Proprietary Network Information) includes telecommunications services information from your telephone bills or network services records related to the quantity, technical configuration, type, destination and amount, whether long distance, local, and/or wireless. Under federal law, you have a right and AT&T a duty to protect the confidentiality of CPNI. You may refuse to allow such use of your CPNI. This refusal will not affect the services that AT&T provides to you.
>
> Your signature below approves AT&T's use of your CPNI as described above. It is valid until revoked. You may revoke approval at any time by providing written notice to AT&T at the address above. Your signature acknowledges that you are authorized to sign this consent.
>
> Customer Signature: _____ Title: _____ Date: _____
>
> Branch PID: _____ Branch Manager: _____ Customer ID (CID): _____ Strata: _____

AT&T COMMUNICATIONS  
Adm. Rates and Tariffs  
Bridgewater, NJ  08807  
Issued:  Iiii

CONTRA    1..AIFF NO. XXXX  
Original Title Page

Effective:  Eeee

** All material on this page is new. **

## CONTRACT TARIFF NO. XXXX

### TITLE PAGE

This Contract Tariff applies to AT&T Private Line Services and AT&T Local Channel Services for interstate or foreign communications in accordance with the Communications Act of 1934 as amended.

Telecommunication services provided under this Contract Tariff are furnished by means of wire, radio, satellite, fiber optics or any suitable technology or combination of technologies.

AT&T COMMUNICATIONS                          CONTRACT TARIFF NO. XXXX
Adm. Rates and Tariffs                                  Original Page 1
Bridgewater, NJ  08807
Issued: Iiii                                      Effective:  Eeee

                    ** All material on this page is new.. **

                        CONTRACT TARIFF NO. XXXX

                             CHECK SHEET

The Title Page and Pages 1 through 5 inclusive of this tariff are
effective as of the date shown.

                          TABLE OF CONTENTS

|                                                                    | Page |
|--------------------------------------------------------------------|------|
| Check Sheet......................................................... | 1 |
| List of Concurring, Connecting and Other Participating Carriers... | 1 |
| Explanation of Symbols - Coding of Tariff Revisions............... | 1 |
| Trademarks and Service Marks...................................... | 2 |
| Explanation of Abbreviations...................................... | 2 |
| Contract Summary................................................... | 3 |

LISTS OF CONCURRING, CONNECTING AND OTHER PARTICIPATING CARRIERS

Concurring Carriers - NONE

Connecting Carriers - NONE

Other Participating Carriers - NONE

EXPLANATION OF SYMBOLS - Coding of Tariff Revisions

Revisions to this tariff are coded through the use of symbols.  These
symbols appear in the right margin of the page.  The symbols and their
meanings are:

     R  - to signify reduction.
     I  - to signify increase.
     C  - to signify changed regulation.
     T  - to signify a changed in text but no change in rate or
     regulation.
     S  - to signify reissued matter.
     M  - to signify matter relocated without change.
     N  - to signify new rate or regulation.
     D  - to signify discontinued rate or regulation.
     Z  - to signify a correction.

Other marginal codes are used to direct the tariff reader to a footnote
for specific information.  Codes used for this purpose are lower case
letters of the alphabet, e.g., x, y and z.  These codes may appear beside
the page revision number in the page header or in the right margin
opposite specific text.

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: Iiii

CONTRA  A  LIFF NO. XXXX
Original Page 2

Effective:  Eeee

### ** All material on this page is new. **

TRADEMARKS AND SERVICE MARKS - The following marks, to the extent, if any, used throughout this tariff, are trademarks and service marks of AT&T Corp.

Trademarks
None

Service Marks
ACCUNET

## EXPLANATION OF ABBREVIATIONS

| Adm. | - Administrator |
| IOCs | - Inter Office Channels |
| kbps | - kilobits per second |
| Mbps | - Megabits per second |

## GENERAL PROVISIONS

I.  Customer's Initial Service Date - The date on which the term of this Contract Tariff begins is referred to as the Customer's Initial Service Date (CISD).  The rates and discounts specified in this Contract Tariff will apply commencing at the CISD.  The CISD is the date that the Customer begins service under this Contract Tariff.

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: Iiii

CONTRA(  L  IFF NO. XXXX
Original Page 3

Effective:  Eeee

** All material on this page is new. **

CONTRACT TARIFF NO. XXXX

1.  Services Provided:

A.  AT&T Private Line Services (AT&T Tariff F.C.C. No. 9)

B.  AT&T Local Channel Services (AT&T Tariff F.C.C. No. 11)

1.1.  Initial Quantities - Beginning in the 4th month following the
CISD, the Initial Quantities of AT&T Private Line Service and AT&T Local
Channel components are as follows:

| Quantity | Service | From | To |
|---|---|---|---|
| 1 | 45 Mbps IADS Half-Channel | Los Angeles, CA | Shanghai, China |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2.  Contract Term; Renewal Options - The term of this Contract Tariff
(CT) is 24 months.  No renewal option is available for this CT.

3.  Minimum Revenue Commitment - Not Applicable.

4.  Contract Price - The Contract Price for the Initial Quantities of
AT&T Private Line and Local Channel Services components specified in
Section 1.1., preceding, is $95,000 per month.

5.  Discounts - None

6.  Classifications, Practices and Regulations

A.  Except as otherwise provided in this Contract Tariff, the rates and
regulations that apply to the Services Provided specified in Section 1.,
preceding, are as set forth in the AT&T tariffs that are referenced in
Section 1., preceding, as such tariffs are amended from time to time.

AT&T COMMUNICATIONS                      CONTRA    .ARIFF NO. XXXX
Adm. Rates and Tariffs                             Original Page 4
Bridgewater, NJ  08807
Issued:  Iiii                                    Effective:  Eeee

                    ** All material on this page is new. **

6.  Classifications, Practices and Regulations (continued)

   B.  Monitoring Conditions - The Customer must satisfy the following
Service Requirement which will be monitored on a monthly basis.

   1.  Beginning in the 4th month following the CISD, the Customer must
have installed and keep in service throughout the remainder of the
Contract Tariff Term all of the service components listed in Section 1.1.,
preceding.

If the Customer, during the Monitoring Period, has failed to satisfy the
above Service Requirement, the customer will be billed an amount equal to
100% of the Contract Price.  Any such bill must be paid by the Customer
within 30 days.

   C.  Promotions, Credits and Waivers

The Customer is ineligible for any promotions, credits or waivers for the
Services Provided under this Contract Tariff, which are filed or which may
be filed in the AT&T tariffs specified in Section 1., preceding.

The following credits and waivers will be applied to the Customer's bill
subject to the following limitations: (1) all credits and waivers apply
only to the Services Provided under this CT and as specified below; (2)
any waiver not applied by the end of the CT will be declared null and
void; and (3) installation charge waivers apply only to new service
components (unless otherwise specified below) and do not apply to service
components disconnected and reconnected after the CISD.  If any of the
installed services components are disconnected prior to the end of the
minimum retention period, AT&T will bill the Customer for the amount of
the charges that had been waived under this section for each service
component disconnected.  Any such bill must be paid by the Customer within
30 days.

   1.  The following charges, as specified in AT&T Tariffs listed in
Section 1., preceding, as amended from time to time, are waived.

   (a)  Nonrecurring Charges

   I.  The Installation Charges for all the service components specified
in Section 1.1., preceding and the associated Function Connections.

   (b)  Recurring Charges

   I  The recurring charges for all the service components specified in
Section 1.1., preceding in the 25th and 26th month following the CISD will
be waived for that month.  There is no minimum retention period associated
with this credit.

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued:  Iiii

CONTR.    TARIFF NO. XXXX
          Original Page 5

Effective:  Eeee

## ** All material on this page is new. **

6.   Classifications, Practices and Regulations (continued)

   D.  Discontinuance - In lieu of any Discontinuance With or Without
Liability provisions that are specified in the AT&T tariffs referenced in
Section 1., preceding, the following provisions shall apply.

The Customer may discontinue this Contract Tariff prior to the end of the
Contract Tariff Term, provided the Customer replaces this Contract Tariff
with another AT&T Contract Tariff for AT&T Tariff F.C.C. Nos. 9 and 11
Services having: (i) an equal or greater new monthly Contract
Price/revenue commitment and (ii) a new term equal to or greater than the
remaining term, but not less than 2 years.

If the Customer discontinues this Contract Tariff for any reason other
than specified above, prior to the expiration of the Contract Tariff Term,
a Termination Charge will apply.  The Termination Charge will be an amount
equal to 100% of the Contract Price for each remaining month of the
Contract Tariff Term.

   E.  Other Requirements - Not Applicable

   F.  Availability - This Contract Tariff has been developed to respond to
competitive circumstances affecting specific Customers who: (1) will order
this Contract Tariff only once either by the Customer or any Affiliate of
the Customer, which is any entity that owns a controlling interest in
either the Customer or an Affiliate of the Customer, or any entity in
which a controlling interest is owned by either the Customer or an
Affiliate of the Customer and (2) order service within 30 days after the
effective date of this Contract Tariff for initial installation of the
Services Provided under this Contract Tariff within 60 days after the date
ordered.

10/07/03  15:05 FAX 61736961          AT&T GROWTH                                    ☑001

# AT&T MASTER AGREEMENT
## MA Reference No. _____ (10/4)7

| | |
|---|---|
| iBasis, Inc | AT&T Corp. |
| 20 Second Ave Burlington MA    01803 | 55 Corporate Drive Bridgewater, New Jersey  08807 |
| Name:  Joe    Essex Title: Director Telephone: 781.545.7575 Fax: 781.545.7300 Email: sx@ibasis.net | Master Agreement Support Team Email:  mast@att.com |

This Agreement consists of the attached General Terms and Conditions and all service attachments ("Attachments") attached hereto or subsequently signed by the parties and that reference this Agreement (collectively, this "Agreement").  In the event of a conflict between the General Terms and Conditions and any Attachment, the Attachment shall take precedence.

This Agreement shall become effective when signed by both parties and shall continue in effect for as long as any Attachment remains in effect, unless earlier terminated in accordance with the provisions of the Agreement.  The term of each Attachment is stated in the Attachment.

### SIGNATURE BELOW BY YOUR AUTHORIZED REPRESENTATIVE IS YOUR CONSENT TO THE TERMS AND CONDITIONS OF THIS AGREEMENT

| CUSTOMER: iBasis, Inc. | AT&T CORP. |
|---|---|
| By: _____ (Authorized Signature) | By: _____ (Authorized Signature) |
| JOSEPH L. ESSEX (Typed or Printed Name) | R.J. PAUL (Typed or Printed Name) District Manager |
| DIRECTOR, ROAMING (Title) | _____ (Title) |
| 25 Aug 00 (Date) | 9-14-00 (Date) |

10/07/03  15:28  FAX 6175969...

AT&T MA Reference No...

## GENERAL TERMS AND CONDITIONS

The following terms and conditions shall apply to the provision and use of the products and services ("Service" or "Services") provided by AT&T pursuant to this Agreement.

### 1.0 DEFINITIONS

1.1 "Affiliate" of a party means any entity that controls, is controlled by or is under common control with such party, and, in the case of AT&T, it also means any entity which AT&T has authorized to offer any Service or part of any Service.

1.2 [illegible] ... in connection with a Service (including, without limitation, transmitted by means of an HTML "hot link", a third party posting or similar means) including all trademarks, service marks and domain names contained therein as well as the contents of any bulletin boards or chat forums, and, all updates, upgrades, modifications and other versions of any of the foregoing.

1.3 "User" means anyone who uses or accesses any Service purchased by You under this Agreement.

### 2.0 CHARGES AND BILLING

2.1 You shall pay AT&T for Your and Users' use of the Services at the rates and charges specified in the Attachments, without deduction, setoff or delay for any reason. Charges set forth in the Attachments are exclusive of any applicable taxes. You may be required at any time to pay a deposit if AT&T determines that You are not creditworthy.

2.2 You shall pay all shipping charges, taxes (excluding those on AT&T's net income) and other similar charges (and any related interest and penalties) relating to the sale, transfer of ownership, installation, license, use or provision of the Services, except to the extent a valid tax exemption certificate is provided by You to AT&T prior to the delivery of Services.

2.3 Payment in U.S. currency is due within thirty (30) days after the date of the invoice and shall refer to the invoice number. Restrictive endorsements or other statements on checks accepted by AT&T will not apply. You shall reimburse AT&T for all costs (including reasonable attorney fees) associated with collecting delinquent or dishonored payments. At AT&T's option, interest charges may be added to any past due amounts at the lower of 1.5% per month or the maximum rate allowed by law.

### 3.0 RESPONSIBILITIES OF THE PARTIES

3.1 AT&T agrees to provide Services to You, subject to the availability of the Services, in accordance with the terms and conditions, and at the charges specified in the Agreement, consistent with all applicable laws and regulations.

3.2 You shall ensure that Your and Users' use of the Services and Content will at all times comply with all applicable laws, regulations and written and electronic instructions for use. AT&T reserves the right to terminate affected Attachments, Services, if AT&T determines that such use or Content does not conform with the requirements set forth in this Agreement, or interferes with AT&T's ability to provide Services to You or others or receives notice from anyone that Your or Users' use of Content may violate any laws or regulations. AT&T's actions or inaction under this Section shall not constitute review or approval of Your or Users' use or Content. AT&T will use reasonable efforts to provide notice to You before taking action under this Section.

### 4.0 USE OF INFORMATION

4.1 All documentation, technical information, Software, business information, or other materials that are disclosed by either party to the other in the course of performing this Agreement shall be considered proprietary information ("INFORMATION") of the disclosing party, provided such information is in writing or other tangible form that is clearly marked as "proprietary" or "confidential". Your Content shall be deemed to be AT&T and Your INFORMATION.

4.2 Each party's INFORMATION shall, for a period of three (3) years following its disclosure (except in the case of Software, for an indefinite period): (i) be held in confidence; (ii) be used only for purposes of performing this Agreement (including in the case of AT&T, the ability to monitor and record Your transmissions in order to detect fraud, check quality, and to operate, maintain and repair the Services) using the Services; and (iii) not be disclosed except to the receiving party's employees, agents and contractors having a need-to-know (provided that such agents and contractors are not direct competitors of either party and agree in writing to use and disclosure restrictions as restrictive as this Article 4), or to the extent required by law (provided that prompt advance notice is provided to the disclosing party to the extent practicable).

4.3 The restrictions in this Article shall not apply to any information that: (i) is independently developed by the receiving party; or (ii) is lawfully received by the receiving party free of any obligation to keep it confidential; or (iii) becomes generally available to the public other than by breach of this Agreement.

### 5.0 PUBLICITY AND MARKS

5.1 No public statements or announcements relating to this Agreement shall be issued by either party without the prior written consent of the other party.

5.2 Each party agrees not to display or use, in advertising or otherwise, any of the other party's trade names, logos, trademarks, service marks or other indicia of

origin (collectively "Marks") without the other party's prior written consent, provided that such consent may be revoked at any time.

### 6.0 SOFTWARE

6.1 AT&T grants You a personal, non-transferable and non-exclusive license (without the right to sublicense) to use, in object code form, all software and associated written and electronic documentation and data furnished pursuant to this Agreement (collectively, the "Software"), solely in connection with the Services and solely in accordance with applicable written and electronic documentation. You will [illegible] derive a source code version ... The sole and exclusive property of AT&T or its suppliers. "Third-Party Software" means Software that bears a copyright notice of a third party. "AT&T Software" means all Software other than Third-Party Software.

6.2 You shall not copy or download the Software, except to the extent expressly provided otherwise in the applicable documentation for the Service or in a writing signed by AT&T. Any copy must contain the same copyright notices and proprietary markings as the original Software.

6.3 You shall ensure that Your Users comply with the terms and conditions of this Article 6.

6.4 The term of the license granted hereunder shall be coterminous with the Attachment which covers the Software.

6.5 You agree to comply with any additional restrictions that are provided with any Third-Party Software.

6.6 AT&T warrants that all AT&T Software will perform substantially in accordance with its applicable published specifications during a warranty period of ninety (90) days beginning on the date of delivery of the AT&T Software to You. If You return to AT&T, within the ninety (90) day warranty period, any AT&T Software that does not comply with this warranty, then AT&T, at its option, will either repair or replace the portion of the AT&T Software that does not comply or refund the amount paid by You for such failed or defective AT&T Software. This warranty will apply only if the AT&T Software is used in accordance with the terms of this Agreement and is not altered, modified or tampered with by You or Users.

### 7.0 ADJUSTMENTS TO MINIMUM PURCHASE COMMITMENTS

In the event of a business downturn beyond Your control, or a corporate divestiture, merger, acquisition or significant restructuring or reorganization of your business, or network optimization using other AT&T Services, or reduction of the rates and charges, or chronic Service failures, or force majeure events, any of which significantly impairs your ability to meet Your minimum purchase commitments under an Attachment, AT&T will offer to adjust the affected commitments so as to reflect Your reduced traffic volumes, after taking into account the effect of such a reduction on AT&T's costs and the AT&T prices that would otherwise be available at the reduced commitment levels. If we reach mutual agreement on revised purchase commitments, we will amend or replace the affected Attachment, as applicable. This provision shall not apply to a change resulting from a decision by You to transfer portions of Your traffic or projected growth to service providers other than AT&T. You must give AT&T written notice of the conditions You believe will require the expiration of this provision. This provision does not constitute a waiver of any charges, including shortfall charges, incurred by You prior to amendment or replacement of the affected Attachment.

### 8.0 FORCE MAJEURE

Neither AT&T nor You shall be liable for any delay, failure or performance, loss or damage due to: fire, explosion, power blackout, earthquake, flood, the elements, strike, embargo, labor disputes, acts of civil or military authority, war, acts of God, acts or omissions of carriers or suppliers, ... or other causes beyond its control, whether or not similar to the foregoing. Your obligation to pay for charges incurred for Services received by You shall not be excused.

### 9.0 LIMITATIONS OF LIABILITY

9.1 For purposes of all exclusions and limitations of liability set forth in this Agreement or any Attachment, "AT&T" shall be deemed to mean AT&T, its Affiliates, and its and their employees, directors, officers, agents, representatives, subcontractors, telecommunication service providers and suppliers; and "You" shall be defined as You, Your Affiliates, and Your and their employees, directors, officers, agents, and representatives; and "Damages" will refer collectively to all injury, damage, liability, loss, penalty, interest and expense incurred.

9.2 EITHER PARTY'S ENTIRE LIABILITY AND THE OTHER PARTY'S EXCLUSIVE REMEDIES, FOR ANY DAMAGES CAUSED BY ANY SERVICE DEFECT OR FAILURE, OR FOR OTHER CLAIMS ARISING IN CONNECTION WITH ANY SERVICE OR OBLIGATIONS UNDER THIS AGREEMENT SHALL BE:

(i) FOR BODILY INJURY OR DEATH TO ANY PERSON, OR REAL OR TANGIBLE PROPERTY DAMAGE, NEGLIGENTLY CAUSED BY A PARTY, OR DAMAGES ARISING FROM THE WILLFUL MISCONDUCT OF A PARTY OR AN OR BREACH OF ARTICLES 4 OR 5, THE OTHER PARTY'S RIGHT TO PROVE DIRECT DAMAGES;

(ii) FOR DEFECTS OR FAILURES OF SOFTWARE, THE REMEDIES SET FORTH IN SECTION 6.6;

(iii) FOR INTELLECTUAL PROPERTY INFRINGEMENT, THE REMEDIES SET FORTH IN ARTICLE 11;

AT&T PROPRIETARY

070100 MA_VER_VII.DO...

AT&T MA Reference No. _____

... arising out of third party claims relating to Your or Users'
use of the Services ... under the Article 11. (ii) must notify the other party in
writing promptly upon learning of any claim or suit for which indemnification may be
sought ... that failure to do so shall not have the right to participate in such
other party be prejudiced thereby; (ii) shall have the right to participate in such
defense if settlement with its own counsel and at its sole expense, but
... provided that the other party shall have control of the defense or settlement
and (iii) shall reasonably cooperate with the defense.

**12.0  GENERAL PROVISIONS**

**12.1**  Any supplement, modification or waiver of any provision of this Agreement. A
must be in writing and authorized representatives of both parties. A
waiver by either party of any breach of this Agreement shall not operate as a waiver
of any other breach of this Agreement.

**12.2**  This Agreement may not be assigned by either party without the prior written
consent of the other, except that either party may, without the other party's consent,
assign this Agreement or any Attachment to a present or future Affiliate or
successor, provided that any such assignment by You shall not be contingent upon
AT&T determining the assignee to be creditworthy and in compliance with any
eligibility criteria for the Services. AT&T may subcontract work to be performed
under this Agreement, but shall retain responsibility for all such work.

**12.3**  If any portion of this Agreement is held to be invalid or unenforceable, the
remaining provisions shall remain in effect and the parties shall promptly negotiate
to replace invalid or unenforceable portions that are essential parts, of this
Agreement.

**12.4**  Any legal action arising in connection with this Agreement must begin within
two (2) years after the cause of action arises.

**12.5**  All notices under this Agreement shall be in writing and either mailed by
certified or registered mail, postage prepaid return receipt requested, sent by
courier or hand delivered and addressed to each party at the address set
forth on the cover page of this Agreement or, if the notice relates to a specific
Attachment, the address set forth in such Attachment, or such other address that a
party indicates in writing.

**12.6**  State law issues concerning construction, interpretation and performance of
this Agreement shall be governed by the substantive law of the State of New York,
excluding its choice of law rules. The United Nations Convention on Contracts for
International Sale of Goods shall not apply.

**12.7**  This Agreement does not provide any third party (including Users) with any
remedy, claim, liability, reimbursement, cause of action or other right or privilege.

**12.8**  The respective obligations of You and AT&T, which by their nature would
continue beyond the termination or expiration of any Attachment or this Agreement,
including, without limitation, the obligations regarding confidentiality, publicity and
Marks, and limitations of liability, shall survive termination or expiration.

**12.9**  THIS  AGREEMENT  CONSTITUTES  THE  ENTIRE  AGREEMENT
BETWEEN THE PARTIES WITH RESPECT TO THE SERVICES.  THIS
AGREEMENT  SUPERSEDES  ALL  PRIOR  AGREEMENTS,  PROPOSALS,
REPRESENTATIONS,  STATEMENTS  OR  UNDERSTANDINGS,  WHETHER
WRITTEN OR ORAL, ON THE RIGHTS AND OBLIGATIONS RELATING TO THE
SERVICES.  THIS  AGREEMENT  SHALL  NOT  BE  CONTRADICTED,  OR
SUPPLEMENTED BY ANY WRITTEN OR ORAL STATEMENTS, PROPOSALS,
REPRESENTATIONS,  ADVERTISEMENTS,  SERVICE  DESCRIPTIONS  OR
YOUR PURCHASE ORDER FORMS NOT EXPRESSLY SET FORTH IN THIS
AGREEMENT  OR  AN  ATTACHMENT.

---

... DAMAGES OTHER THAN THOSE SET FORTH ABOVE AND NOT
EXCLUDED UNDER THIS AGREEMENT, EACH PARTY'S LIABILITY SHALL BE
LIMITED TO PROVEN DIRECT DAMAGES NOT TO EXCEED PER CLAIM OR IN
THE AGGREGATE DURING ANY TWELVE (12) MONTH PERIOD AN AMOUNT
EQUAL TO THE TOTAL NET PAYMENTS MADE BY YOU FOR THE AFFECTED
SERVICE DURING THE THREE (3) MONTHS PRECEDING THE MONTH IN
WHICH THE DAMAGE OCCURRED.  THIS SHALL NOT LIMIT YOUR
RESPONSIBILITY FOR THE PAYMENT OF ALL PROPERLY DUE CHARGES
UNDER THIS AGREEMENT.

**9.3**  EXCEPT AS THE PARTIES' ARTICLE 11 OBLIGATIONS, NEITHER
PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT,
INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES FOR LOST
PROFITS, ADVANTAGE, SAVINGS OR REVENUES OR OF ANY KIND OR
INCREASED COST OF OPERATIONS.

**9.4**  AT&T ALSO SHALL NOT BE LIABLE FOR ANY DAMAGES ARISING OUT
OF OR RELATING TO: INTEROPERABILITY, ACCESS OR INTERCONNECTION
OF THE SERVICES WITH APPLICATIONS, EQUIPMENT, SERVICES, CONTENT
OR NETWORKS PROVIDED BY YOU OR THIRD PARTIES; SERVICE
INTERRUPTIONS OR LOST OR ALTERED MESSAGES OR TRANSMISSIONS;
OR, UNAUTHORIZED ACCESS TO OR THEFT, ALTERATION, LOSS OR
DESTRUCTION OF YOUR, USERS' OR THIRD PARTIES' APPLICATIONS,
CONTENT, DATA, PROGRAMS, INFORMATION, NETWORK OR SYSTEMS.

**9.5**  EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT, AT&T
MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AND SPECIFICALLY
DISCLAIMS ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A
PARTICULAR PURPOSE, TITLE OR NONINFRINGEMENT OR ANY WARRANTY
ARISING BY USAGE OF TRADE, COURSE OF DEALING OR COURSE OF
PERFORMANCE. EQUIPMENT PROVIDED BY AT&T IN CONJUNCTION WITH
SERVICE IS PROVIDED ON AN "AS IS" BASIS.

**9.6**  THE LIMITATIONS OF LIABILITY SET FORTH IN THIS AGREEMENT
SHALL APPLY: (I) REGARDLESS OF THE FORM OF ACTION, WHETHER IN
CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE; AND (ii) WHETHER OR
NOT DAMAGES WERE FORESEEABLE. THESE LIMITATIONS OF LIABILITY
SHALL SURVIVE FAILURE OF ANY EXCLUSIVE REMEDIES PROVIDED IN THIS
AGREEMENT.

**10.0  TERMINATION**

**10.1**  If a party fails to perform or observe any material term or condition of this
Agreement and the failure continues unremedied for thirty (30) days after receipt of
written notice, (i) the other party may terminate for cause any Attachment affected by
the breach, or (ii) where the failure is a non-payment by You of any charge when
due, AT&T may, at its option, terminate or suspend Service or require a deposit
under affected Attachments.

**10.2**  An Attachment may be terminated immediately upon written notice by:  (i)
either party if the other party has violated the other party's Marks, becomes insolvent
or involved in a liquidation or termination of its business, files a bankruptcy petition,
has an involuntary bankruptcy petition filed against it if not dismissed within thirty
(30) days of filing, becomes adjudicated bankrupt, or becomes involved in an
assignment for the benefit of its creditors; or (ii) either party due to a material breach
of any provision of Article 4.

**10.3**  You shall be responsible for payment of all charges under a terminated
Attachment incurred as of the effective date of termination. You shall also be liable
to AT&T for Termination Charges, if specified in a terminated Attachment, in the
event that AT&T terminates under Section 10.1 or 10.2, or You terminate without
cause.

**10.4**  Termination by either party of an Attachment does not waive any other rights
or remedies it may have under the Agreement.  Termination or suspension of an
Attachment shall not affect the rights and obligations of the parties under any other
Attachment.

**11.0  FURTHER RESPONSIBILITIES**

**11.1**  AT&T agrees to defend or settle any claim against You and to pay all
Damages that a court may award against You in any suit, that alleges a Service
infringes any patent, trademark, copyright or trade secret, except where the claim or
suit arises out of or results from: Your or User's Content; modifications to the
Service or combinations of the Service with non-AT&T services or products; Your
or others; AT&T's adherence to Your written requirements; or, use of the Service in
violation of this Agreement. You agree to defend or settle, at Your own expense and
without prejudice to AT&T or AT&T's continued provisioning of the Service to You or
others, all claims or suits against AT&T covered by the exceptions in the preceding
sentence and shall immediately cause any activity which gives rise to the alleged
infringement. The indemnifying party shall also pay all Damages and costs that by
final judgment may be assessed against the indemnified party due to infringement
by the indemnifying party.

**11.2**  Whenever AT&T is responsible under Section 11.1, AT&T may at its option
either procure the right for You to continue using, or may replace or modify the
alleged infringing Service so that the Service becomes noninfringing, but if those
alternatives are not reasonably achievable, AT&T may terminate the affected
Attachment without liability other than as stated in Section 11.1.

**11.3**  AT&T grants to You the right to permit Users to access and use the Services,
provided that You and shall remain solely responsible for the access and use by any
User of the Services. You shall defend, indemnify and hold harmless AT&T from ...

AT&T PROPRIETARY

-05/22/00 MA_VER_1

AT&T MA Reference No. 10417

## AT&T Contract Tariff Service Order Attachment
### Cover Page

| | AT&T Corp. | Mark   Best |
|---|---|---|
| Basis, Inc. | | 451 D Street, Flr 6 |
| 20 Second Ave | 55 Corporate Drive | Boston |
| Burlington | Bridgewater, New Jersey  08807 | MA   USA |
| MA   USA | | 02210 |
| 01803 | | |
| Name:  Joe   Essex | Master Agreement Support Team | Telephone: 617.369.6167 |
| Title: Director | Email:  trans@att.com | Fax 617.369.6196 |
| Telephone: 781.506.7575 | url: http://ma.kweb.att.com/ | Email: imbest@att.com |
| Fax: 781.505.7900 | Fax: 908-658-2562 | Branch Manager: Rick   Friedel |
| Email: sx@basis.net | | Sales Strata: Growth   Sales Region: Eastern |
| 20 Second Ave | Master Customer Number (MCN): | |
| Burlington | | |
| MA   USA | Plan ID No. | 9-14-00 |
| 01803 | | |

This Service Order Attachment (including its addenda, if any) is an Attachment to the Master Agreement between Customer and AT&T dated August 25, 2000, and is an integral part of that Agreement.

The domestic interstate services portion of the CT ordered hereunder has been detariffed, and the contract between the parties shall consist of the Master Agreement and the relevant portions of the Contract Tariff ("CT") and referenced AT&T tariffs ("Applicable Tariffs"), as those Applicable Tariffs may be modified from time to time.

The international services portion of the CT ordered hereunder is still required to be tariffed as of the date this Attachment is signed, and the tariff between the parties shall consist of the relevant portions of the CT and the Applicable Tariffs, as those Applicable Tariffs may be modified from time to time.  In addition, the following Sections of the Master Agreement shall apply: 4, 5, 7, 9.5, 12.1 and 12.5.  In the event that a court or administrative agency of competent jurisdiction determines during the Term of the CT that any of the tariffed services are not tariffable or must be detariffed, then the Detariffing provision in the Applicable Tariffs shall apply.

The order of priority in the event of inconsistency among terms shall be the CT, then the Master Agreement, and then the Applicable Tariffs.

Customer hereby places an order for:

☒ New AT&T Contract Tariff    ☐ Existing AT&T Contract Tariff No.       ☐ Refile Of Existing AT&T Contract Tariff No.
   (attachment required)          (attachment required)                    (attachment required)

☐ Existing Pricing Plan Replacement/Discontinuance
   Check here and identify any AT&T CT or other AT&T pricing plan being discontinued in conjunction with this order. Also specify the CT No., Plan ID No. or Main Billed Account No. (Note: Charges may apply as specified in the plan being discontinued.)
   CT No. ___   Plan ID No. ___   Main Billed Account No. ___

**CUSTOMER HAS READ AND UNDERSTANDS THE TERMS AND CONDITIONS OF THIS SERVICE ORDER ATTACHMENT AND AGREES TO BE BOUND BY THEM.**

06/24/00 6:02 PM

iBasis, Inc.    WK-25853v1

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  Iiii

CONTRACT TARIFF NO. XXXX
Original Title Page

Effective:  Eeee

** All material on this page is new. **

CONTRACT TARIFF NO. XXXX

TITLE PAGE

This Contract Tariff applies to AT&T Private Line Services and AT&T Local Channel Services for interstate or foreign communications in accordance with the Communications Act of 1934 as amended.

Telecommunication services provided under this Contract Tariff are furnished by means of wire, radio, satellite, fiber optics, or any suitable technology or combination of technologies.

ILLUSTRATIVE

Printed in U.S.A

10/07/2005   13:29   RAM SPECIALIZED OPER → 917144276888                NO. 361   P007
10/07/03   15:07 FAX 6173696702           AT&T GROWTH       Filed 04/30/2004   Page 13 of 22 ☐006

Case 1:04-cv-10871-PBS   Document 2-2

iBasis, Inc.   WK-25853v1                                    06/24/00 6:02 PM

AT&T COMMUNICATIONS                          CONTRACT TARIFF NO. XXXX
Adm. Rates and Tariffs                                 Original Page 1
Bridgewater, NJ 08807
Issued:  Iiii                                 Effective:  Eeee

              ** All material on this page is new.. **

                    CONTRACT TARIFF NO. XXXX

                          CHECK SHEET

The Title Page and Pages 1 through 5 inclusive of this tariff are effective
as of the date shown.

                       TABLE OF CONTENTS

|                                                                 | Page |
| --------------------------------------------------------------- | ---- |
| Check Sheet                                                     | 1    |
| List of Concurring, Connecting and Other Participating Carriers | 1    |
| Explanation of Symbols - Coding of Tariff Revisions             | 1    |
| Trademarks and Service Marks                                    | 2    |
| Explanation of Abbreviations                                    | 2    |
| Contract Summary                                                | 3    |

    LISTS OF CONCURRING, CONNECTING AND OTHER PARTICIPATING CARRIERS

Concurring Carriers - NONE

Connecting Carriers - NONE

Other Participating Carriers - NONE

EXPLANATION OF SYMBOLS - Coding of Tariff Revisions

Revisions to this tariff are coded through the use of symbols.  These
symbols appear in the right margin of the page.  The symbols and their
meanings are:

     R  - to signify reduction.
     I  - to signify increase.
     C  - to signify changed regulation.
     T  - to signify a change in text but no change in rate or regulation.
     S  - to signify reissued matter.
     M  - to signify matter relocated without change.
     N  - to signify new rate or regulation.
     D  - to signify discontinued rate or regulation.
     Z  - to signify a correction.

Other marginal codes are used to direct the tariff reader to a footnote for
specific information.  Codes used for this purpose are lower case letters
of the alphabet, e.g., x, y and z.  These codes may appear beside the page
revision number in the page header or in the right margin opposite specific
text.

                        Printed in U.S.A

08/24/00 00:12 PM

1Basis, Inc.   WK-258391           CONTRACT TARIFF NO.  XXXX
                                               Original Page 2
**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  09907                        Effective:  Zeee
Issued:  Iiii

** All material on this page is new. **

**TRADEMARKS AND SERVICE MARKS** - The following marks, to the extent if
any, used throughout this tariff, are trademarks and service marks of A
Corp.

Trademarks                          Service Marks
None                                   ACCUNET

**EXPLANATION OF ABBREVIATIONS**

Adm.      - Administrator
IOCs      - Inter Office Channels
kbps      - Kilobits per second
Mbps      - Megabits per second

**GENERAL PROVISIONS**

I.  **Customer's Initial Service Date** - The date which the term of
this Contract Tariff begins is referred to as the Customer's Initial
Service Date (CISD).  The rates and discounts specified in this Contract
Tariff will apply commencing at the CISD. The CISD is the date that the
Customer begins service under this Contract Tariff.

Printed in U.S.A

08/24/00 6:02 PM

iBasis, Inc.   HK-25853v1   CONTRACT TARIFF NO. XXXX
Original Page 3

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807   Effective: Eeee
Issued: Iiii

** All material on this page is new. **

## CONTRACT TARIFF NO. XXXX

1. Services Provided:

   A. AT&T Private Line Services (AT&T Tariff F.C.C. No. 9)

   B. AT&T Local Channel Services (AT&T Tariff F.C.C. No. 11)

   1.1. Initial Quantities - Beginning in the 1st month following the CISD, the Initial Quantities of AT&T Private Line Service and AT&T Local Channel components are as follows:

| Quantity | Service | Average Mileage |
|---|---|---|
| 3 | AT&T Terrestrial 45 Mbps Local Channels | 2 |
| 3 | Associated AT&T ACCUNET T45 Access Coordination Functions | |
| 3 | Associated AT&T ACCUNET T45 Access Connections | |
| 3 | Associated ACCUNET T45 M-28 Multiplexing Office Functions | |

2. Contract Term; Renewal Options - The term of this Contract Tariff (CT) is 24 months. No renewal option is available for this CT.

3. Minimum Revenue Commitment - Not Applicable.

4. Contract Price - The Contract Price for the Initial Quantities of AT&T Private Line and Local Channel Services components specified in Section 1.1., preceding, is $9,390 per month.

5. Discounts - None

6. Classifications, Practices and Regulations

   A. Except as otherwise provided in this Contract Tariff, the rates and regulations that apply to the Services Provided specified in Section 1., preceding, are as set forth in the AT&T tariffs that are referenced in Section 1., preceding, as such tariffs are amended from time to time.



iBasis, Inc.          WX-25853V1          CONTRACT TARIFF NO.
                                                        Original Page 4
AT&T COMMUNICATIONS
  Adm. Rates and Tariffs
  Bridgewater, NJ  08807                    Effective:  Eeee
  Issued:  Iiii

            ** All material on this page is new. **

6.  Classifications, Practices and Regulations (continued)

  B.  Monitoring Conditions - The Customer must satisfy the following
Service Requirement which will be monitored on a monthly basis.

    1.  Beginning in the 1st month following the CISD, the Customer must
have installed and keep in service throughout the remainder of the Contract
Tariff Term all of the service components listed in Section 1.,
preceding.

    If the Customer, during the Monitoring Period, has failed to satisfy the
above Service Requirement, the Customer will be billed an amount equal to
100% of the Contract Price. Any such bill must be paid by the Customer
within 30 days.

  C.  Promotions, Credits and Waivers

  The Customer is ineligible for any promotions, credits or waivers for the
Services Provided under this Contract Tariff, which are filed or which may
be filed in the AT&T tariffs specified in Section 1., preceding.

  The following credits and waivers will be applied to the Customer's bill
subject to the following limitations: (1) credits and waivers apply
only to the Services Provided under this CT and as specified below; (2) any
waiver not applied by the end of the CT will be declared null and void; and
(3) installation charge waivers apply only to new service components
(unless otherwise specified below) and do not apply to service components
disconnected and reconnected after the CISD. If any of the installed
services components are disconnected prior to the end of the minimum
retention period, AT&T will bill the Customer for the amount of the charges
that had been waived under this section for each service component
disconnected. Any such bill must be paid by the Customer within 30 days.

    1.  The following charges, as specified in AT&T Tariffs listed in
Section 1., preceding, as amended from time to time, are waived.

    (a)  Nonrecurring Charges

    I.  The installation charges for all the service components specified
in Section 1., preceding and the associated Function Connections.

iBasis, Inc.  CONTRACT TARIFF NO. XXX
AT&T COMMUNICATIONS  Original Page 3
Adm. Rates and Tariffs
Bridgewater, NJ 08807  Effective: Eeee
Issued: Iiii

** All material on this page is new. **

## 6.  Classifications, Practices and Regulations (continued)

**D.  Discontinuance** - In lieu of any Discontinuance With or Without Liability provisions that are specified in the AT&T tariffs referenced in Section 1., preceding, the following provisions shall apply.

The Customer may discontinue this Contract Tariff prior to the end of the Contract Tariff Term, provided the Customer replaces this Contract Tariff with another AT&T Contract Tariff for AT&T Tariff F.C.C. Nos. 9 and 11 Services having: (i) an equal or greater new monthly Contract price/revenue commitment and (ii) a new term equal to or greater than the remaining term, but not less than 1 year.

If the Customer discontinues this Contract Tariff for any reason other than specified above, prior to the expiration of the Contract Tariff Term, a Termination Charge will apply.  The Termination Charge will be an amount equal to 100% of the Contract Price for each remaining month of the Contract Tariff Term.

**E.  Other Requirements** - Not Applicable.

**F.  Availability** - This Contract Tariff has been developed to respond to competitive circumstances affecting specific customers who: (1) will order this Contract Tariff only once either by the Customer or any Affiliate of the Customer, which is any entity that has a controlling interest in either the Customer or an Affiliate of the Customer, or any entity in which a controlling interest is owned by either the Customer or an Affiliate of the Customer and (2) order service within 30 days after the effective date of this Contract Tariff for initial installation of the Services Provided under this Contract Tariff within 60 days after the date ordered.



 **AT&T**    **Interstate Dedicated Private Line Service**

<u>**MONTHLY INVOICE**</u>

AT&T
CUSTOMER CARE
1975 LAKESIDE PARKWAY, SUITE 350
TUCKER, GA 30084-5860

**CHINA UNICOM**
**6F TOWER 3 HENDERSON CENTER**
**DONCHENG DISTRICT**
**BEIJING CHINA 10005**

| | |
|---|---|
| Billing Number: | BJ LY1162 01 001 |
| Account Number: | **8002-031-8574** |
| Invoice Number: | 1663370794 |

| | |
|---|---|
| **Invoice Date:** | **06-01-02** |
| For billing inquiries: | 1-877-800-1020 OR 1-770-908-6703 |
| To place an order: | 1-800-448-8600 |
| For repair service: | 1-888-288-4862 |

| **New Charges** | | | | |
|---|---|---|---|---|
| | Monthly Charges 06-01 through 06-30: | $ | 73,295.00 | |
| | Prorated Charges/Credits: | $ | 0.00 | |
| | One-Time Charges/Credits: | $ | 158,039.11 | |
| | **Total Charges:** | | | $ 231,334.11 |
| | Federal Excise Tax: | $ | 0.00 | |
| | State/Local Taxes and Surcharges: | $ | 1,320.29 | |
| | **Total Taxes and Surcharges on Charges:** | | | $ 1,320.29 |
| | **Total Charges, Taxes, and Surcharges:** | | | $ 232,654.40 |

| **Balance Brought Forward** | | | |
|---|---|---|---|
| | Balance as of Last Monthly Invoice: | $1,498,735.14 | |
| | Payments Received: | $ | 0.00 |
| | Net Adjustments: | $ | 0.00 |
| | **Balance Brought Forward:** | | **$1,498,735.14** |

| **Remittance Amount** | | |
|---|---|---|
| | **Total Payable Upon Receipt:** | **$1,731,389.54** |

**If you don't have a signed contract, see TERMS AND LIABILITY LIMITS (DIRECT DAMAGES ANNUAL MAXIMUM 1 MONTH
PAYMENT AND NO INDIRECT DAMAGES) at att.com/business/agreement. LATE CHARGES MAY APPLY TO PAST DUE BALANCES.**

-----------------------------------------------------------------------------------------------------------------
To ensure proper credit, please detach this portion and return with remittance.

**Remittance Document**
Interstate Dedicated Private Line Service

**AT&T**

CHINA UNICOM
6F TOWER 3 HENDERSON CENTER
DONCHENG DISTRICT
BEIJING CHINA 10005

| | |
|---|---|
| **Account Number:** | **8002-031-8574** |
| Invoice Number: | 1663370794 |
| Inquiry Center: | USI0GMAA |
| Telephone Number: | 1-877-800-1020 |

**Address Correction:**    Please remit payments to:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**AT&T**
**AT&T - P.O. BOX 78425**
**PHOENIX, AZ. 85062-8425**

| | |
|---|---|
| **Invoice Date:** | **06-01-02** |
| **Amount Due:** | **$1,731,389.54** |
| **Amount Enclosed:** | |

00000000 80020318574 1663370794 020601 0173138954

 **AT&T**     Interstate Dedicated Private Line Service

**SUMMARY OF INVOICE CHARGES**

Page Number: 2

CHINA UNICOM

Billing Number: BJ LY1162 01 001
Account Number: 8002-031-8574
Invoice Number: 1663370794
Invoice Date: 06-01-02
For billing inquiries: 1-877-800-1020 OR 1-770-908-6703

| Description | Monthly Charges | Prorated Charges/Credits | One-Time Charges/Credits | Taxes and Surcharges | Total |
|---|---|---|---|---|---|
| **<u>Circuit Charges</u>** | | | | | |
| **ACCUNET® 2.048 MBPS INTERNATIONAL SERVICE** | | | | | |
| DUEK 583987  ATI | $73,295.00 | $0.00 | $0.00 | $506.39 | $73,801.39 |
| **REGULATORY CHARGES** | | | | | |
| UNIVERSAL CONNECTIVITY-DCS          # | $0.00 | $0.00 | $158,039.11 | $813.90 | $158,853.01 |
| Total Circuit Charges: | $73,295.00 | $0.00 | $158,039.11 | $1,320.29 | $232,654.40 |
| Total This Account: | | $231,334.11 | | $1,320.29 | $232,654.40 |

# Activity Occurred This Billing Period

 **AT&T**     Interstate Dedicated Private Line Service

**CHINA UNICOM**

Billing Number:   BJ LY1162 01 001
Account Number:  8002-031-8574
Invoice Number:  1663370794
Invoice Date:    06-01-02

| Description | Monthly Charges | Prorated Charges/Credits | One-Time Charges/Credits | Taxes and Surcharges |
|---|---|---|---|---|
| **Circuit Charges** | | | | |
| Monthly, Prorated, and One-Time Charges/Credits for 06-01-02 thru 06-30-02 | | | | |
| UNIVERSAL CONNECTIVITY-DCS | | | $158,039.11 | $813.90 |
| Total Circuit Charges: | $0.00 | $0.00 | $158,039.11 | $813.90 |
| Total This Account: | $0.00 | $0.00 | $158,039.11 | $813.90 |
| Total Activity Charges, Taxes and Surcharges: | | $158,853.01 | | |

 **AT&T**    Interstate Dedicated Private Line Service

**ACTIVITY REPORT**

Page Number:  4

**CHINA UNICOM**

Billing Number:    BJ LY1162 01 001
Account Number:  8002-031-8574
Invoice Number:  1663370794
Invoice Date:    06-01-02

| Item No. | Description of Change | Monthly Charges | Prorated Charges | One-Time Charges |
|---|---|---|---|---|
| **REGULATORY CHARGES** | **Circuit Number: UNIVERSAL CONNECTIVITY-DCS** | | | |
| **UNIVERSAL CONNECTIVITY** | | | | |
| 1 | **UNIVERSAL CONNECTIVITY CHARGE-DCS** Adjustment   FROM DATE: 04/01/02 THRU DATE: 04/30/02 | | | $158,039.11 |
| | Total This Activity: | | $0.00 | $158,039.11 |
| | Total This Circuit: | | $0.00 | $158,039.11 |
| | Total All Circuits: | | $0.00 | $158,039.11 |
| | Total This Account: | | $0.00 | $158,039.11 |

 **AT&T**

**MONTHLY INVOICE**

AT&T
CUSTOMER CARE
1975 LAKESIDE PARKWAY, SUITE 350
TUCKER, GA 30084-5860

CHINA UNICOM
ATTN:MR LI YONG BO
6/F OFFICE TOWER 3, HENDERSON CTR
NO 18, JIANGUOMEN NEI AVENUE
BEIJING CHINA

| | |
|---|---|
| Billing Number: | KB 361900 01 001 |
| Account Number: | **8002-167-4058** |
| Invoice Number: | 1663562236 |

| | |
|---|---|
| **Invoice Date:** | **06-01-02** |
| For billing inquiries: | 1-877-800-1020 |
| To place an order: | 1-800-448-8600 |
| For repair service: | 1-888-288-4862 |

| **New Charges** | | | |
|---|---|---|---|
| | Monthly Charges 06-01 through 06-30: | $ 0.00 | |
| | Prorated Charges/Credits: | $ 0.00 | |
| | One-Time Charges/Credits: | $ 0.00 | |
| | **Total Charges:** | | $ 0.00 |
| | Federal Excise Tax: | $ 0.00 | |
| | State/Local Taxes and Surcharges: | $ 0.00 | |
| | **Total Taxes and Surcharges on Charges:** | | $ 0.00 |

**Total Charges, Taxes, and Surcharges:**    $ 0.00

**Balance Brought Forward**

| | |
|---|---|
| Balance as of Last Monthly Invoice: | $342,409.93 |
| Payments Received: | $ 0.00 |
| Net Adjustments: | $320,476.41 Cr |

| Date | Amount |
|---|---|
| 05-23 | $320,476.41 |

**Balance Brought Forward:**    **$21,933.52**

**Remittance Amount**

**Total Payable Upon Receipt:**    **$21,933.52**

If you don't have a signed contract, see TERMS AND LIABILITY LIMITS (DIRECT DAMAGES ANNUAL MAXIMUM 1 MONTH PAYMENT AND NO INDIRECT DAMAGES) at att.com/business/agreement. LATE CHARGES MAY APPLY TO PAST DUE BALANCES.

----------------------------------------------------------------------------------

To ensure proper credit, please detach this portion and return with remittance.

**Remittance Document**

**AT&T**

CHINA UNICOM
ATTN:MR LI YONG BO
6/F OFFICE TOWER 3, HENDERSON CTR
NO 18, JIANGUOMEN NEI AVENUE
BEIJING CHINA

| | |
|---|---|
| **Account Number:** | **8002-167-4058** |
| Invoice Number: | 1663562236 |
| Inquiry Center: | USI0GMAA |
| Telephone Number: | 1-877-800-1020 |

**Address Correction:**    Please remit payments to:

**Invoice Date:**    **06-01-02**

AT&T
AT&T - P.O. BOX 78425
PHOENIX, AZ. 85062-8425

**Amount Due:**    **$21,933.52**

**Amount Enclosed:**

00000000 80021674058 1663562236 020601 0002193352