SCANNED
DATE: 5-3-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., a New York corporation,<br>Plaintiff,<br><br>v.<br><br>IBASIS, INC., a Delaware corporation,<br>and CHINA UNICOM CORPORATION,<br>LTD.,<br>Defendants. | NO.<br><br>04 10871 PBS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff, AT&T Corp., a New York corporation, discloses that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

AT&T CORP.,

By its attorney,

*John P. Dennis*
John P. Dennis, BBO #120592
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Dated: April 30, 2004

175781_1.DOC