✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

AT&T CORP., a New York corporation

**SUMMONS IN A CIVIL ACTION**

V.

IBASIS, INC., a Delaware corporation,
and CHINA UNICOM CORPORATION, LTD., a
Republic of China corporation

CASE NUMBER: **04  10871 PBS**

TO: (Name and address of Defendant)
iBasis, Inc.
20 Second Avenue
Burlington, MA  01803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Dennis, Esq.
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   APR 30 2004

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 25, 2004

I hereby certify and return that on 6/24/2004 at 12:20PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET,CORPORATE DISCLOSURE STATEMENT,EXHIBITS in this action in the following manner: To wit, by delivering in hand to SANDY WHITTIER, agent, person in charge at the time of service for iBASIS, INC., at , 20 SECOND Avenue, BURLINGTON, MA 01803. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($8.32) Total Charges $47.92

_George A. Hooper_
*Deputy Sheriff*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                          *Signature of Server*


                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.