UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AT&T CORP., a New York corporation,<br>  Plaintiff<br><br>v.<br><br>IBASIS, INC., a Delaware corporation,<br>and CHINA UNICOM CORPORATION,<br>LTD.,<br>  Defendants. | No. 04 10871 PBS |

### ASSENTED TO MOTION TO EXTEND TIME
### IN WHICH TO RESPOND TO COMPLAINT

Defendant, iBasis, Inc. ("iBasis"), hereby moves this Court to extend the time in which it has to respond to plaintiff's Complaint until and including August 6, 2004. As grounds for this Motion, iBasis states that the parties are engaging in settlement negotiations and may be able to resolve this matter without the need to file a responsive pleading. Further, Plaintiff AT&T Corp., has assented to this Motion and the requested extension.

WHEREFORE, Defendant, iBasis, Inc., respectfully requests that this Court:

a.   Extend the time period for filing a pleading in response to the Complaint until the close of business on August 6, 2004; and

b.   Issue such other and further orders that it deems just and proper.

Respectfully submitted,

**iBasis, Inc.**,

By its attorneys,

_____
Shepard Davidson, Esq. (BBO #557082)
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000

Assented to:

AT&T Corp.,

By its Attorney

_____
John P. Dennis, BBO #120592
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 7/14/04.

_____

Dated: July 14, 2004

**LOCAL RULE 7.1. CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that I have conferred with counsel for Plaintiff in a good faith effort to narrow areas of dispute related to this Motion.

_____
Shepard Davidson

# BURNS & LEVINSON LLP

Counsellors at Law

125 Summer Street, Boston, MA 02110-1624
Telephone 617-345-3000 Facsimile 617-345-3299

SHEPARD DAVIDSON
617-345-3336
SDavidson@burnslev.com

July 14, 2004

**By Hand**

Ms. Lisa Urso, Clerk
United States District Court
    for the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      Re:    *AT&T Corp., v. iBasis, Inc., et al.*
             *C.A. No: 04-10871-PBS*

Dear Ms. Urso:

      Enclosed for filing in the above-referenced matter is Assented to Motion to Extend Time in Which to Respond to Complaint. Please confirm receipt of the foregoing by date-stamping the enclosed copy of this letter.

      Thank you for your attention to this matter.

                                Very truly yours,

                                Shepard Davidson

SD/jab
Enclosure

cc:    John P. Dennis, Esq.
       Jonathan Draluck, Esq.