UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T CORP., a New York corporation, )
    Plaintiff, )
     )
v. )
     )
IBASIS, INC., a Delaware corporation, and )
CHINA UNICOM CORPORATION, LTD., )
A Republic of China corporation )
    Defendants. )

FILED
IN CLERKS OFFICE
2004 JUL -8 A 11: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to M.G.L. c 221, §46A, undersigned counsel for Plaintiff, AT&T Corp., moves that Attorney Kathryn L. Kempton, Esq. be allowed to practice in this Court in the above-captioned case. In support thereof, undersigned counsel submits the Affidavit of Kathryn L. Kempton and states as follows:

1. Ms. Kempton is a member in good standing of the bar of the State of California and is admitted to practice before, and is in good standing with the following federal courts:

  California Supreme Court

  U.S.D.C., Central District of California

  U.S.D.C., Northern District of California.

2. Ms. Kempton is a member in good standing in every jurisdiction where she has been admitted to practice.

3. There are no disciplinary proceedings pending against Ms. Kempton as a member of the bar in any jurisdiction.

4. Ms. Kempton has advised the Plaintiff, AT&T Corp., with respect to the matters at issue in this action and is knowledgeable concerning the subject matter of this suit.

5.  Ms. Kempton has filed herewith an affidavit in support of her motion.

WHEREFORE, undersigned counsel for the Plaintiff, AT&T Corp., in this matter respectfully requests that this Court allow Ms. Kempton to appear and practice in this Court in the above-captioned case.

AT&T CORP.,

By its attorneys,

*John P. Dennis*

John P. Dennis, BBO #120592
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

Dated: July ____, 2004

139689_1.DOC