UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -8  A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

AT&T CORP., a New York corporation, )
        Plaintiff, )
)
v. )
)
IBASIS, INC., a Delaware corporation, and )
CHINA UNICOM CORPORATION, LTD., )
A Republic of China corporation )
        Defendants. )

### AFFIDAVIT OF KATHRYN L. KEMPTON

I, Kathryn L. Kempton, do depose and say as follows:

1.    I am a member of the law firm Assayag ❖ Mauss, located at 2915 Redhill Avenue, Suite 200, Costa Mesa, California 92626.

2.    I am a member in good standing of the bar of the State of California and am admitted to practice before, and am in good standing with the following federal courts:

        California Supreme Court

        U.S.D.C., Central District of California

        U.S.D.C., Eastern District of California

        U.S.D.C., Northern District of California

        U.S.D.C. Southern District of California

3.    My firm is counsel for Plaintiff, AT&T Corp. ("AT&T"), and AT&T requests that I appear on its behalf in this action.

4.    For the foregoing reasons, I respectfully request to appear and practice before this Court *pro hac vice* for the purpose of representing AT&T in this case.

SIGNED THIS 30 DAY OF JUNE, 2004 UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

                                                          Kathryn L. Kempton

177164_1.DOC