**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

FILED
Clerk's Office
USDC, Mass.
Date 7/15/04
By (initials)
Deputy Clerk

May 6, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KATHRYN LOIS KEMPTON was admitted to the practice of law in this state by the Supreme Court of California on December 12, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Senior Administrative Supervisor
Office of Certification