UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T CORP., a New York corporation, )
                Plaintiff, )
                )
v. )
                )
IBASIS, INC., a Delaware corporation, and )
CHINA UNICOM CORPORATION, LTD., )
A Republic of China corporation )
                Defendants. )

FILED
IN CLERK'S OFFICE

2004 JUL -8  A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to M.G.L. c 221, §46A, undersigned counsel for Plaintiff, AT&T Corp., moves that Attorney Rachel E. Goodman, Esq. be allowed to practice in this Court in the above-captioned case. In support thereof, undersigned counsel submits the Affidavit of Rachel E. Goodman and states as follows:

1.     Ms. Goodman is a member in good standing of the bar of the State of California and is admitted to practice before, and is in good standing with the following federal courts:

    California Supreme Court

    U.S.D.C., Central District of California

    U.S.D.C., Northern District of California.

2.     Ms. Goodman is a member in good standing in every jurisdiction where she has been admitted to practice.

3.     There are no disciplinary proceedings pending against Ms. Goodman as a member of the bar in any jurisdiction.

4.     Ms. Goodman has advised the Plaintiff, AT&T Corp., with respect to the matters at issue in this action and is knowledgeable concerning the subject matter of this suit.

5.    Ms. Goodman has filed herewith an affidavit in support of her motion.

WHEREFORE, undersigned counsel for the Plaintiff, AT&T Corp., in this matter respectfully requests that this Court allow Ms. Goodman to appear and practice in this Court in the above-captioned case.

AT&T CORP.,

By its attorneys,

*/s/ John P. D_____*

John P. Dennis, BBO #120592
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Dated: July ___, 2004

139689_1.DOC