UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T CORP., a New York corporation, )
        Plaintiff, )
)
v. )
)
IBASIS, INC., a Delaware corporation, and )
CHINA UNICOM CORPORATION, LTD., )
A Republic of China corporation )
        Defendants. )

04 CV 10871

## AFFIDAVIT OF RACHEL E. GOODMAN

I, Rachel E. Goodman, do depose and say as follows:

1. I am a member of the law firm Assayag ❖ Mauss, located at 2915 Redhill Avenue, Suite 200, Costa Mesa, California 92626.

2. I am a member in good standing of the bar of the State of California and am admitted to practice before, and am in good standing with the following federal courts:

    California Supreme Court

    U.S.D.C., Central District of California

    U.S.D.C., Northern District of California.

3. My firm is counsel for Plaintiff, AT&T Corp. ("AT&T"), and AT&T requests that I appear on its behalf in this action.

4. For the foregoing reasons, I respectfully request to appear and practice before this Court *pro hac vice* for the purpose of representing AT&T in this case.

SIGNED THIS 29th DAY OF JUNE, 2004 UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

Rachel E. Goodman

177164_1.DOC