UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AT&T CORP., a New York corporation,<br>    Plaintiff<br><br>v.<br><br>IBASIS, INC., a Delaware corporation,<br>and CHINA UNICOM CORPORATION,<br>LTD.,<br>    Defendants. | No. 04 10871 PBS |

### ASSENTED TO MOTION TO EXTEND TIME
### IN WHICH TO RESPOND TO COMPLAINT

Defendant, iBasis, Inc. ("iBasis"), hereby moves this Court to extend the time in which it has to respond to plaintiff's Complaint until and including September 17, 2004. As grounds for this Motion, iBasis states that the parties are engaging in settlement negotiations and may be able to resolve this matter without the need to file a responsive pleading. Further, Plaintiff AT&T Corp., has assented to this Motion and the requested extension.

WHEREFORE, Defendant, iBasis, Inc., respectfully requests that this Court:

a. Extend the time period for filing a pleading in response to the Complaint until the close of business on September 17, 2004; and

b. Issue such other and further orders that it deems just and proper.

00859923

Respectfully submitted,

**iBasis, Inc.,**

By its attorneys,

_____
Shepard Davidson, Esq. (BBO #557082)
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000

Assented to:

AT&T Corp.,

By its Attorney

_____
John P. Dennis, BBO #120592
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 8/4/04.

Dated: August 4, 2004

## LOCAL RULE 7.1. CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that I have conferred with counsel for Plaintiff in a good faith effort to narrow areas of dispute related to this Motion.

_____
Shepard Davidson