UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T Corp.

        Plaintiff,                    CIVIL ACTION
                                        NO.  04-10871-PBS

    v.

iBasis, Inc., et al

        Defendants.

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                    October 20, 2004

     The Scheduling Conference previously scheduled for November 4, 2004, has been **rescheduled** to **November 5, 2004, at 4:30 p.m.**

                                                    By the Court,

                                                  ./s/ Robert C. Alba
                                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T Corp.

        Plaintiff,          CIVIL ACTION
                                  NO.   04-10871-PBS

    v.

iBasis, Inc., et al

        Defendants.


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                     October 20, 2004

      The Scheduling Conference previously scheduled for November 4, 2004, has been **rescheduled** to **November 5, 2004, at 4:30 p.m.**

                                                                              By the Court,

                                                                ./s/ Robert C. Alba
                                                               Deputy Clerk

Copies to:  All Counsel

resched.ntc