UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T Corp. Inc.
        Plaintiff(s),        CIVIL ACTION
                                    NO.   04-10871-PBS
    v.

IBasis, Inc., at al
        Defendant(s).

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                          November 1, 2004

      The Scheduling Conference  previously scheduled for November 5, 2004, has been **rescheduled** to **November 16, 2004, at 4:00 p.m.**

                                                                By the Court,

                                                                ./s/ Robert C. Alba
                                                                Deputy Clerk

Copies to:  All Counsel

resched.ntc