UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T Corp.

        Plaintiff(s),        CIVIL ACTION
                                          NO.   04-10871-PBS

   v.

iBasis, Inc., et al

        Defendant(s).


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                                                November 2, 2004


     The Scheduling Conference previously rescheduled to November 16, 2004, has been further **rescheduled** at the request of counsel to **November 22, 2004, at 3:00 p.m.**


                                                                         By the Court,


                                                                     ./s/ Robert C. Alba
                                                                     Deputy Clerk


Copies to:  All Counsel


resched.ntc