UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T Corp.
Plaintiff,

       V.

Civil Action Number
04-10871-PBS

iBasis, Inc., et al
Defendant.

November 22, 2004

SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 5/5/05

Summary Judgment Motion filing deadline: 6/6/05

Opposition to Summary Judgment Motions: 6/20/05

Hearing on Summary Judgment or Pretrial Conference: 7/12/05 at 2:00 p.m.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk