UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T CORP., a New York corporation,
            Plaintiff,

v.

IBASIS, INC., a Delaware corporation,
and CHINA UNICOM CORPORATION,
LTD., a Republic of China corporation,
            Defendants.

NO. 04-10871 PBS



## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AGAINST CHINA UNICOM PER FED. R. CIV. P. 41(a)(1)

Plaintiff, AT&T Corp. hereby dismisses its complaint against China Unicom Corporation Ltd. in this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). As grounds therefore, plaintiff states that China Unicom has not served an answer or a motion for summary judgment.

AT&T CORP,

By its attorneys,

John P. Dennis, BBO #120592
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

CALIFORNIA COUNSEL:

ASSAYAG ❖ MAUSS
A Professional Law Corporation
2915 Redhill Avenue
Suite 200
Costa Mesa, CA 92626

CERTIFICATE OF SERVICE
hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/4/05

190181_1