COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAY 13 P 12: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AT&T CORP., a New York corporation,<br>  Plaintiff,<br><br>v.<br><br>IBASIS, INC., a Delaware corporation,<br>and CHINA UNICOM CORPORATION,<br>LTD., a Republic of China corporation,<br>  Defendants. | No. 04 10871 PBS |

### STIPULATION OF DISMISSAL OF DEFENDANT IBASIS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, AT&T Corp., a New York corporation ("AT&T") and iBasis, Inc., a Delaware corporation ("iBasis"), by and through their undersigned counsel, hereby stipulate as follows:

1. Defendant China Unicom Corporation, LTD., a Republic of China corporation ("China Unicom") has been dismissed without prejudice, and AT&T may continue to pursue its claims against China Unicom;

2. The above-captioned action shall be and hereby is dismissed with prejudice as to iBasis only, in accordance with the written and fully-executed settlement agreement between AT&T and iBasis; and

00874164

3. Each party shall bear its own attorneys' fees and costs in this matter.

Respectfully submitted,

| AT&T CORP., | IBASIS INC., |
|---|---|
| By its Attorneys | By its Attorneys, |

*Kathryn R. Kempt* (signature)

Kathryn L. Kempton, Esq.
Assayag Mauss
2915 Redhill Avenue, Suite 200
Costa Mesa, CA 92626
(714) 427-6800

Shepard Davidson, BBO #557082
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: April __, 2005

00874164